IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ESTRADA,<br><br>　　　　Plaintiff,<br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | No. C-16-0722 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE MARIA-ELENA JAMES FOR ALL FURTHER PROCEEDINGS UPON CONSENT; VACATING JULY 1, 2016, CASE MANAGEMENT CONFERENCE** |

All parties having consented to assignment of the above-titled action to a United States Magistrate Judge (see Doc. Nos. 13, 21), the above-titled action is hereby REFERRED to Magistrate Judge Maria-Elena James for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

In light of the referral, the Case Management Conference scheduled for July 1, 2016, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 30, 2016

MAXINE M. CHESNEY
United States District Judge