IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS ESTRADA,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 16-cv-00722-MMC

**ORDER DENYING PLAINTIFF'S DECLINATION**

Before the Court is plaintiff's "Consent or Declination to Magistrate Judge Jurisdiction," in which plaintiff states he declines to have a magistrate judge conduct all further proceedings in the above-titled action. The declination was filed July 1, 2016, one day after the filing of defendants' consent to magistrate judge jurisdiction and the Court's issuance of an order of reference to a magistrate judge for all further proceedings, which order was based on both parties' having consented in writing to magistrate judge jurisdiction. (See Pl.'s Consent, filed April 27, 2016; Defs.' Consent, filed June 30, 2016.)

Given the prior written consents and the absence of any showing by plaintiff of "extraordinary circumstances" warranting an order vacating the Court's order of June 30, 2016, see 28 U.S.C. § 636(c)(4), plaintiff's declination is hereby DENIED. See Dixon v. Ylst, 990 F.2d 478, 479-80 (9th Cir. 1993) (affirming order denying declination, where plaintiff previously filed consent to magistrate judge for all purposes).

**IT IS SO ORDERED.**

Dated: July 6, 2016

MAXINE M. CHESNEY
United States District Judge